IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJEOMA O. OBI, *pro se* <br> 1009 D Street, N.E. <br> Washington, D.C. 20002 <br><br> Plaintiff, <br><br> v. <br><br> SUNRISE SENIOR ASSISTED LIVING <br> 7902 Westpark Drive <br> McLean, Virginia 22102 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE UNDER LOCAL CIVIL RULE 7.1 AND FED. R. CIV. P. 7.1

I, the undersigned counsel of record for Defendant Sunrise Senior Living, Inc. ("Sunrise"), incorrectly identified in the Complaint as Sunrise Senior Assisted Living, certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of Sunrise Senior Living, Inc. have any outstanding securities in the hands of the public. In addition, I certify that to the best of my knowledge and belief, no publicly held corporation owns 10 percent or more of the stock of Sunrise Senior Living, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

DATED: November 14, 2007.

-2-

Respectfully submitted,

By: _____*/s/ Thomas P. Murphy*_____
Thomas P. Murphy (DC Bar #349365)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 714-7410
tpmurphy@hunton.com

Counsel for Sunrise Senior Living, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2007, a true copy of the foregoing Certificate Under Local Civil Rule 7.1 and Fed. R. Civ. P. 7.1 was served via first class mail on:

        Ms. Ijeoma O. Obi, *pro se*
        1009 D Street, N.E.
        Washington, D.C. 20002

_____
Counsel