In The United States District Court
For the District of Columbia

Ijeoma O. Obi, Pro Se )   Case: 1:07-cv-02054
1009 "D" St. N.E. )   Assigned: Leon, Richard J.
Washington, DC 20002 )   Assigned Date: 11-14-2007
Plaintiff )   Description: Employ. Discrim.
 )
V. )
 )
Sunrise Senior Assisting Living )
7902 Westpark Drive )
McLean, VA. 22102 )
Defendant )

RECEIVED
NOV 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion For Appoint Counsel

Plaintiff would like to petition the court for an appointed attorney.

Plaintiff is not working.

Plaintiff would like someone that is in Employ., Discrimination field.

Date: 20, 2007

Respectfully Submitted,
By _Ijeoma Obi_
Ijeoma O. Obi