**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IJEOMA O. OBI,** *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07cv2054 (RJL) |
| | ) |
| **SUNRISE SENIOR ASSISTED LIVING,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE of the appearance of Jeffrey B. Hardie of Hunton & Williams LLP as co-counsel with Thomas P. Murphy of Hunton & Williams LLP on behalf of Defendant Sunrise Senior Assisted Living.  Mr. Hardie is a member of this Court and shares the same address as Mr. Murphy, which is:

> 1751 Pinnacle Drive, Suite 1700
> McLean, Virginia 22102
> (703) 714-7400
> (703) 714-7410 (facsimile)

Please add Mr. Hardie to the CM/ECF system notification list.

Dated: December 28, 2007

                                                                         Respectfully submitted,

                                                                         ___/s/_____ _____
                                                                         Thomas P. Murphy (DC Bar #349365)
                                                                         Jeffrey B. Hardie (DC Bar #448277)
                                                                         HUNTON & WILLIAMS LLP
                                                                         1751 Pinnacle Drive, Suite 1700
                                                                         McLean, Virginia 22102
                                                                         Telephone:  (703) 714-7400
                                                                         Facsimile:  (703) 714-7410
                                                                         tpmurphy@hunton.com
                                                                         jhardie@hunton.com
                                                                         Counsel for Sunrise Senior Living, Inc.

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Appearance of Counsel was served on December 28, 2007 by e-mail and first-class mail on:

> Ijeoma O. Obi, *pro se*
> 1803 3rd Street, N.E.
> Washington, D.C. 20002
> ijeomaobi@hotmail.com

                                        /s/
                                  Jeffrey B. Hardie