IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **IJEOMA O. OBI**, *pro se* | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 07cv2054 (RJL) |
| **SUNRISE SENIOR ASSISTED LIVING,** | ) |
| Defendant. | ) |

## SCHEDULING ORDER

Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby **ORDERED** that the schedule and terms set forth below shall govern the progress of this action, except to the extent amended or augmented by any other Order.

1. Any motions to amend the pleadings or to join additional parties shall be filed by January 15, 2008.

2. The discovery cutoff is May 30, 2008, meaning that all depositions must be completed by that date and the responses to written discovery shall be due by that date.

3. The Plaintiff must make any expert witness disclosures and otherwise comply with Fed. R. Civ. P. 26(a)(2) by March 7, 2008. The Defendant must make any expert witness disclosures and otherwise comply with Fed. R. Civ. P. 26(a)(2) by March 28, 2008. Discovery concerning expert witnesses cuts off on May 30, 2008.

4. The parties are limited to eight depositions per side and 25 interrogatories per side.

5.  Dispositive motions shall be filed by June 30, 2008, with any response in opposition due 11 days after service of the motion, and any reply to the opposition due five days after service of the opposition.

6.  The Court will conduct a pretrial conference on _A date to be determined_, 2008.

**SO ORDERED.**

Dated: __1/3__, 200_

Richard J. Leon
United States District Judge