PRAECIPE

# United States District Court
# for the District of Columbia

the __11__ day of __January__ __2008__

Ijeoma O. Obi

vs.

Sunrise Senior Assisted Living

Civil / Criminal
Action No. 07cv2054(RJL

The Clerk of said Court will Move from: 1009 "D" St. N.E., Washington, D.C. 20002 to 1803 3rd St. N.E., Wash, D.C.

January 11, 2008
**Date**

pro Se

**BAR IDENTIFICATION NO.**

Ijeoma Obi
**Signature**

**Print Name**
Ijeoma Obi

**Address**
1803 3rd St. N.E.

**City      State      Zip Code**

202 526-2590   Cell 301 802-6968
**Phone Number**                 after 6:00

**CERTIFICATE OF SERVICE**

Hunton & Williams
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102
Attn: J Hardie

RECEIVED
JAN 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT