IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJEOMA O. OBI, pro se ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Case No. 07cv2054 (RJL) |
| SUNRISE SENIOR ASSISTED ) | |
| LIVING, ) | |
| Defendant. ) | |

## STATEMENT OF REASON WHY
## THE AMOUNT

**Facts**

I was in the middle of recording tracks for my record CD, when the funds from my job

just stop. I had scheduled in advance recording time with a well known producer who has

gold and platinum records under his belt and his scheduled for this year were booked.
For

me to cancel all the advance booking due to lack of funds ruined my reputation with him

making it nearly impossible to work with him again. I had written songs and he was

helping me produce the tracks for the CD at a very reasonable price, which I could easily

afford from my Sunrise salary.

Three days after I presented the song in a CD form to the copyright department, my song

was played on the XM Satellite Radio. I had dropped a copy of the Demo to

XM Satellite Radio that day. That same day a well known host called me and

said, "stand by, you will be on the air at 3:25 p.m... this station love it. This well known

host from XM Satellite Radio played my song and interviewed me live on her program.

XM Satellite Radio travels world wide and my music was heard around the world. She

said to millions of listeners that she was very impressed and can't wait for the release of

RECEIVED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the CD. The representative from XM Satellite Radio, 1500 Eckingtom Pl. wash. D.C. 20002, (1 800 967-2346) explained to me that the marketing Department at XM Satellite just don't market <u>one single track.</u> You must complete the CD with the legal time for sales and that is forty minutes.

I just can't stop thinking of how the door was open to millions of people. The free air time she had given me and she said to me that she wants me to keep her inform of the process; Plus, she will call me later to see how it is coming a long. This person has contact with Ms. Oprah Winfrey.

"The Bible Way Church" is an organization that said they would sponsor plaintiff in a concert. At the concert I was planning on selling sign autography copies of my Demo for $6.00 to help me produce my CD. The church capacity is a little over 3000. With three to four concerts of selling my Demo at $6.00 dollars, you are estimating $72,000 of sells. The tickets to the concert would have been $20.00 per seat for several gospel concerts. Subtract the advertisement, payment of other gospel artists, you have approximately $120.000.00. It is rare and monumental that both of these events would happen at the same time. It is next to impossible for both opportunities to line up for my success again.

What really makes me angry now is that I gave Sunrise Senior Living Inc. my resignation. I put the paper in Ms. .Maria G. Blair's hand (the supervisor before Ms Berritt) weeks before Ms. Berritt came on board. Ms. Blair the supervisor, gave me the letter back and refused to accept my resignation. She said, ("**WHEN YOU FINISH**

**YOUR CD THAN I WILL ACCEPT YOUR RESIGNATION".** By Maria G. Blair saying this statement this way, the way she said it **SANCTION MY PROJECT.**

**Ms Blair put her arms around plaintiff and said we are family.**

She acted as an agent for Sunrise in the supervisory role. Now that I have Sunrise as an Agent. I went forward and made advance booking, and other plans with BibleWay Church, the Producer and XM Satellite Radio.

The untimely and wrongful termination of my job caused a chain of events of a lost opportunity to happen. The time I supposed to have processed the CD didn't happen. The Radio host didn't get the finish product that was promised to her listeners. And, Bible Way Church did not receive the Demo that was promised to them, so that they could move forward on their project. It is rare and monumental that both of these events happen at the same time. It is next to impossible for both opportunities to line up for my success again.

**Legal Argument**

(1) That Plaintiff would still be there, if it wasn't for Defendant negligent supervision.

(2) That the confusion and conflict that plaintiff went through on June 30, 2007 was due to supervisor negligent behavior.

(3) That on Friday June 29, 2007 in the after noon, (3:00 PM. – 11:00 PM.) Ms Berritt met with the evening staff to go over some of the changes she have implemented ASP.

(4) That Ms. Berritt asked plaintiff to work June 30, 2007 in the morning, plaintiff off day, because she had fired Ms. Mimi on the spot.

(5) That Ms. Berritt did not meet with morning staff (7:00a.m.- 3:00a.m.) the next day with the same changes.

(6) That plaintiff agree to come in on her day off to work, because supervisor asked plaintiff to help her out because she was short of help.

(7) That on June 30, 2007, their were two sets of procedures that the new supervisor left in place for the care managers to work with.

(8) That having two sets of procedures in place on the same shift cause conflict and confusion.

(9) That this type of practice made the seven mouth pregnant care manager very agitated.

(10) That the lead care manager made rounds with plaintiff and approve her work.

(11) That any one could have left soil sheets, because work was approved by lead care manager that same day.

(12) That two days later soil sheets were brought to the supervisor after Plaintiff have left.

(13) That supervisor Ms. Maria G. Blair, Refused to accepted plaintiff resignation until she complete the CD.

(14) That after Ms. Barrett fired Plaintiff, she said, she wish I never came in, because she had planned to promote me to lead supervisor.

(15) That plaintiff has suffered emotional, physiological and financial hardship as a result of the negligence of the defendant.

(16) That defendant had a duty to see plaintiff project through to completion as an

agent.

(17) Plaintiff is asking for payments due to miss opportunities, punitive damages, treble damages.

DATED: December 28, 2007

                                                       Respectfully submitted

                                                      Ijeoma O. Obi
                                                      1803 3rd Street N.E.
                                                      Washington, DC 20002
                                                      (202) 526-2590

# The Bible Way Church Of Our Lord Jesus Christ

1100 New Jersey Ave., N.W. Washington, D.C., 20001, U.S.A. Telephone: (202) 789-0700 Fax: (202) 842-5439



**BISHOP JAMES SILVER, PASTOR**

**ELDER FRANKLIN JENKINS**
Asst. Pastor

**Officers:**

**SIS. YVONNE L. WILLIAMS**
Chr. Board of Trustees

**DEACON JOHNNIE BELTON**
Chrm. Deacon Board

**DEACON JEROME STEVENS**
Chrm. Finance Committee

**SIS. DIANE JACKSON**
Church Secretary

**SIS. PEGGY N. GREENE**
Treasurer

December 21, 2007

To Whom It May Concern:

I, Ms. Diane Jackson, secretary for the Bible Way Church, met Ms. Obi some years ago and found her to be a very honest, reliable and dedicated person and faithful in whatever project or work that she is involved in.

Ms. Obi told me about her efforts in recording her Cd, she let me listen to her Cd, I was very impressed. I told Ms. Obi that I would let our musician listen to the recording and that we would get together and try to sponsor a concert with local artist and feature her as the guest artist.
We had plan on selling sponsor tickets for a series of gospel concerts to help Ms. Obi in recording her Cd, and also in raising funds to help with our church's African Children Fund.

Unfortunately, we were unable to proceed with our plans to sponsor the Concert due to the fact that Ms. Obi was unble to produce her demo.

Sincerely,

*Diane Jackson*
Ms. Diane Jackson
 Church Secretary

BISHOP SMALLWOOD E. WILLIAMS, Apostle, Founder

(6)

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2007, a true copy of the foregoing Plaintiff Statement of Reason shy the amount was served by fax and mail a copy to Mr., Mclean, Virginia Jeffrey B Hardie, Pinnacle Drive, Suite

Ijeoma Obi O. Obi