FILED
MAR 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJEOMA O. OBI, *pro se* | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 07cv2054 (RJL) |
| SUNRISE SENIOR ASSISTED LIVING, | ) |
| Defendant. | ) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Ijeoma Obi, *pro se*, and Defendant Sunrise Senior Assisted Living, by counsel, hereby stipulate to the dismissal of this action, with prejudice, including all claims which were or could have been raised in this action, and specifically including all claims for attorneys' fees and costs.

Upon agreement and stipulation of the parties, it is **ORDERED** that this action shall be, and hereby is **DISMISSED** with prejudice.

The Clerk is directed to mail a certified copy of this Order to the Parties.

ENTERED: This 7th day of March, 2008.

_____
Richard J. Leon
United States District Judge

We hereby agree to entry of this Order and stipulate to the dismissal of this action with prejudice.

| IJEOMA O. OBI | SUNRISE SENIOR ASSISTED LIVING |
|---|---|
| *[signature]* | By _[signature]_ |
| | Jeffrey B. Hardie |
| | Counsel for Sunrise Senior Assisted Living |

-2-

Copies to:

Ijeoma O. Obi, *pro se*
1803 3rd Street, NE
Washington, D.C. 20002
ijeomaobi@hotmail.com

Jeffrey B. Hardie
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
jhardie@hunton.com